**Liya BORUKHOVA, Appellant,**

v.

**SOCIAL SECURITY ADMINISTRATION,**
**Appellee.**

**No. 03–3055.**

United States Court of Appeals, Eighth Circuit.

Submitted April 23, 2004.

Decided May 11, 2004.

Liya Borukhova, St. Paul, MN, pro se.

Lonnie F. Bryan, Asst. U.S. Attorney, Minneapolis, MN, Thomas W. Crawley, Shefali B. Baltz, Chicago, IL, for Defendant–Appellee.

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

PER CURIAM.

Liya Borukhova appeals the district court's[1] dismissal of her action against the Social Security Administration for failure to exhaust administrative remedies. We have carefully reviewed the record de novo, *see United States v. Dico, Inc.*, 136 F.3d 572, 575 (8th Cir.1998) (standard of review), and conclude that Borukhova's request for agency reconsideration of her disability status was still pending when she filed the instant complaint. Thus, the district court's dismissal was proper. *See* 42 U.S.C. § 405(g); 20 C.F.R. § 416.1400(a); *Rowden v. Warden*, 89 F.3d 536, 537–38 (8th Cir.1996).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.